PHILLIP A. TALBERT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00253-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION REQUESTING STATUS AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| SHANE KAINOA KELLY, | |
| Defendant. | DATE: December 18, 2017<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant Kelly was indicted on October 26, 2017. Kelly was arraigned on the Indictment on October 27, 2017 before the Magistrate Judge Austin.

2. The case was initially assigned to the U.S. District Judge Mendez (Case No. 2:17-cr-197-JAM). By order of the court, the first status conference was set for November 14, 2017 before U.S. District Court Judge Mendez.

3. On November 3, 2017, and upon a finding that the indicted action was related to *United States v. Kelly*, Case No. 1:09-cr-218-LJO-1, the court ordered the case reassigned to U.S. District Judge O' Neill and U.S. Magistrate Judge Oberto, with the new case number Case No. 1:17-cr-253-LJO-SKO.

4. By this stipulation, the parties now move to set this matter for a status conference on

December 18, 2017 before the Honorable U.S. Magistrate Judge Oberto, and to exclude time between the date of this Stipulation, November 9, 2017 and December 18, 2017, under Local Code T4.

5. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports, spreadsheets, images, and other documents comprising approximately 1,000 pages of documents, as well as approximately 50 audio and video files. All of this discovery has been, or will shortly be, either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to review this discovery, consult with his client, review the current charges, conduct investigation and research related to the charges, to discuss potential resolutions with his client, and to otherwise prepare for trial.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 9, 2017 to December 18, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: November 9, 2017 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ AMY SCHULLER HITCHCOCK<br>AMY SCHULLER HITCHCOCK<br>Assistant United States Attorney |
| Dated: November 9, 2017 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>/s/ ERIC VINCENT KERSTEN<br>ERIC VINCENT KERSTEN<br>Counsel for Defendant<br>SHANE KAINOA KELLY |

## **ORDER**

Pursuant to the parties' stipulation, the status conference currently scheduled for November 14, 2017, at 9:15 a.m. before District Judge John A. Mendez, is hereby continued to December 18, 2017, at 1:00 p.m before Magistrate Judge Sheila K. Oberto. In accordance with the parties' agreement, time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: __**November 13, 2017**__        /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE