1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA 93721-2226
    Telephone: (559) 487-5561
5

6   Attorney for Defendant
    SHANE KELLY
7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:17-cr-00253 LJO
                                         Case No. 1:09-cr-00218 LJO
12                  *Plaintiff,*
                                         STIPULATION TO CONTINUE CHANGE
13          v.                           OF PLEA HEARING; ORDER

14  SHANE KELLY,

15                  *Defendant.*         DATE:    April 8, 2019
                                         TIME:    8:15 a.m.
16                                       JUDGE:   Hon. Lawrence J. O'Neill

17

18          **IT IS HEREBY STIPULATED** by and between the parties, through their respective

19  counsel, that the change of plea hearing scheduled for January 28, 2019, may be continued to

20  April 8, 2019, or the soonest date thereafter convenient to the Court.

21          This continuance is requested to allow the parties additional time to gather relevant

22  information, conduct additional investigation and engage in further negotiations necessary for a

23  final resolution on this matter.

24          The parties agree that the delay resulting from this continuance shall be excluded in the

25  interest of justice, for effective defense investigation and preparation, pursuant to 18 U.S.C. §

26  3161(h)(7)(A).

27  ///

28

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED:  January 23, 2019                    /s/ Brian W. Enos
                                             BRIAN W. ENOS
                                             Assistant United States Attorney
                                             Attorney for Plaintiff


                                             HEATHER E. WILLIAMS
                                             Federal Defender

DATED:  January 23, 2019                    /s/ Eric V. Kersten
                                             ERIC V. KERSTEN
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             SHANE KELLY


## ORDER

**IT IS SO ORDERED**. The change of plea for Shane Kelly is continued to April 8, 2019, at 8:15 a.m.

IT IS SO ORDERED.

Dated:   **January 24, 2019**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE