1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA 93721-2226
    Telephone: (559) 487-5561
5

6   Attorney for Defendant
    SHANE KELLY
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:17-cr-00253 LJO
                                        Case No. 1:09-cr-00218 LJO
12              Plaintiff,

13         v.                           STIPULATION TO CONTINUE CHANGE
                                        OF PLEA HEARING; ORDER
14  SHANE KELLY,

15              Defendant.              DATE:   August 19, 2019
                                        TIME:   8:30 a.m.
16                                      JUDGE:  Hon. Lawrence J. O'Neill

17

18         **IT IS HEREBY STIPULATED** by and between the parties, through their respective

19  counsel, that the change of plea hearing scheduled for June 17, 2019, may be continued to

20  August 19, 2019, or the soonest date thereafter convenient to the Court.

21         This continuance is requested to allow the parties additional time to gather relevant

22  information, conduct additional investigation and engage in further negotiations necessary for a

23  final resolution on this matter.

24         The parties agree that the delay resulting from this continuance shall be excluded in the

25  interest of justice, for effective defense investigation and preparation, pursuant to 18 U.S.C. §

26  3161(h)(7)(A).

27  ///

28

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: June 12, 2019

/s/ Brian W. Enos
BRIAN W. ENOS
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: June 12, 2019

/s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
SHANE KELLY


## ORDER

The status conference for Shane Kelly is continued to August 19, 2019, at 8:30 a.m.


IT IS SO ORDERED.

Dated:   **June 12, 2019**                    **/s/ Lawrence J. O'Neill**
                                          UNITED STATES CHIEF DISTRICT JUDGE