| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | SHANE KELLY |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00253 LJO |
| | Case No. 1:09-cr-00218 LJO |
| *Plaintiff,* | |
| v. | STIPULATION TO CONTINUE MOTION HEARING; ORDER |
| SHANE KELLY, | |
| *Defendant.* | DATE: November 12, 2019 |
| | TIME: 8:30 a.m. |
| | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the motion hearing scheduled for October 28, 2019, may be continued to November 12, 2019, or the soonest date thereafter convenient to the Court. It is further stipulated that defendant Kelly may file any motions on or before October 15, 2019; and the government may file any response on or before November 5, 2019. The January 14, 2020 trial date shall remain unchanged.

This continuance is requested to allow the parties time to locate additional materials relevant to Mr. Kelly's motions, as it will be more efficient to have everything in place prior to filing motions and responses.

//

Time has already been excluded through trial. In an abundance of caution the parties further agree that the delay resulting from this continuance shall be excluded in the interest of justice, for effective defense investigation and preparation, and for the filing of motions and ruling thereon, pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A).

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: September 20, 2019 　　　　　　　/s/ *Brian W. Enos*
BRIAN W. ENOS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: September 20, 2019 　　　　　　　/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
SHANE KELLY

## ORDER

The motion hearing for Shane Kelly is continued to November 12, 2019, at 8:30 a.m. This shall not affect the trial date.

IT IS SO ORDERED.

Dated: **September 23, 2019**　　　　　　/s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE