McGREGOR W. SCOTT
United States Attorney
AMY S. HITCHCOCK
BRIAN W. ENOS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SHANE KAINOA KELLY,<br><br>                Defendant. | Case No. 1:17-cr-00253 LJO<br><br>**THE UNITED STATES' REQUEST FOR DISMISSAL OF COUNT TWO OF THE INDICTMENT WITHOUT PREJUDICE; ORDER** |

      Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss Count Two of the indictment against SHANE KAINOA KELLY, without prejudice and in the interest of justice. Count Two alleges a violation of 18 U.S.C. § 2260A, commission of a felony involving a minor by a registered sex offender.

                                                                   Respectfully submitted,

Dated: December 19, 2019                                 McGREGOR W. SCOTT
                                                                   United States Attorney

                                                   By: /s/ BRIAN W. ENOS
                                                         BRIAN W. ENOS
                                                         Assistant United States Attorney

///

**UNITED STATES' REQUEST FOR DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER**     1

**ORDER**

Count Two of the criminal indictment against SHANE KAINOA KELLY is dismissed, without prejudice and in the interest of justice.

IT IS SO ORDERED.

Dated: __**December 19, 2019**__         _____/s/ Lawrence J. O'Neill_____
                                            UNITED STATES CHIEF DISTRICT JUDGE

**UNITED STATES' REQUEST FOR DISMISSAL
WITHOUT PREJUDICE; [PROPOSED] ORDER**