1  McGREGOR W. SCOTT
   United States Attorney
2  AMY S. HITCHCOCK
   BRIAN W. ENOS
3  Assistant United States Attorney
   2500 Tulare Street, Suite 4401
4  Fresno, Ca 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099
6
7  Attorneys for Plaintiff
   United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:17-cr-00253 NONE |
| Plaintiff, | **STIPULATION TO CONTINUE MAY 8, 2020 SENTENCING HEARING TO AUGUST 7, 2020; ORDER** |
| v. | Ctrm: 4 |
| SHANE KAINOA KELLY, | Hon. Dale A. Drozd |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brian W. Enos, counsel for the government, and Eric V. Kersten, counsel for Defendant Shane Kainoa Kelly ("defendant"), that this action's **Friday, May 8, 2020 sentencing hearing be continued to Friday, August 7, 2020, at 10:30 a.m.**

The parties base this stipulation on good cause. Additional time is needed for the parties to conduct further investigation into matters that may be relevant to sentencing in this case. The parties are working on completing this investigation prior to drafting their sentencing briefs and preparing for the

1

sentencing hearing.  Defendant agrees to this continuance.

For the above stated reasons, the stipulated continuance will conserve time and resources both for the parties and the court.  Since defendant has already pleaded guilty in this case, the Speedy Trial Act is not implicated.

IT IS SO STIPULATED.

Dated:  April 8, 2020                                   MCGREGOR W. SCOTT
                                                                                United States Attorney

By: /s/ BRIAN W. ENOS
       BRIAN W. ENOS
       Assistant United States Attorney

(*As authorized 4/8/20*)

Dated: April 8, 2020                                  By:     /s/ Eric V. Kersten
                                                                                        Eric V. Kersten, Esq.
                                                                                        Attorney for Defendant
                                                                                        Shane Kainoa Kelly

**[PROPOSED] O R D E R**

IT IS ORDERED that the sentencing hearing currently set for May 8, 2020 is continued until August 7, 2020, at 10:30 a.m.

IT IS SO ORDERED.

Dated: __**April 8, 2020**__   _____*Dale A. Drozd*_____
UNITED STATES DISTRICT JUDGE